George Beck, Respondent, v. Sarah E. Cooke, as Executrix, etc., Appellant.— Appeal from a judgment of the General Term of the City Court of New York, affirming a judgment in favor of plaintiff. Appell & Reid, for Appellant; W. E. Benjamin, for Respondent. Judgment affirmed, with costs. No opinion.

Charles B. Evans, Appellant, v. The American Steel Foundry Co., Respondent.— Appeal from an order of the General Term of the City Court of New York. Ashley, Emley & Rubino, for Appellant; Ivins, Kidder & Melcher, for Respondent. Order affirmed, and judgment absolute for Respondent, under stipulation, with costs. No opinion.

Matter of the examination of John E. W. Thompson Theodore P. Rogers, Appellant, v. John E. W. Thompson, Respondent. — Appeal from an order of the General Term of the City Court of the City of New York, adjudging the judgment debtor herein guilty of contempt. White & Otheman, for Appellant; E. F. Stern, for Respondent. Order affirmed, with costs. No opinion.

### BEFORE BEEKMAN, P. J., AND GIEGERICH, J.

Benjamin D. Traitel et al., Respondents, v. Thomas Dwyer, Appellant.— Appeal from a judgment of the General Term of the City Court of the City of New York, affirming a judgment against defendant, entered upon a verdict. Hardy & Shellabarger (Charles J. Hardy, of counsel), for Appellant; M. S. & I. S. Isaacs (Julius J Frank, of counsel), for Respondents. Judgment affirmed, with costs. No opinion.

## CITY COURT OF NEW YORK — GENERAL TERM, MARCH, 1900.

### BEFORE FITZSIMONS, CH. J., AND CONLAN, J.

Everett Clapp, Appellant, v. William A. Cooper, Impleaded, etc., Respondent.— Appeal from a judgment in favor of defendant. Henry B. Kinghorn, for Appellant; James P. Lowrey, for Respondent. Judgment affirmed, with costs. No opinion.

## CITY COURT OF NEW YORK — GENERAL TERM, MAY, 1900.

### BEFORE FITZSIMONS, CH. J., AND SCHUCHMAN, J.

William B. Crawford et al., Respondents, v. John Fury, Impleaded, etc., Appellant.— Appeal from a judgment in favor of plaintiffs. Early, Heath & Stewart (Henry G. K. Heath, of counsel), for Appellant; John J. Brady, for Respondents. Judgment affirmed, with costs. No opinion.